The petition of the relator in the above entitled and numbered case having been duly considered,

It is ordered that a writ of certiorari issue herein, directing the Honorable Baron B. Bourg, Judge of the Seventeenth Judicial District Court for the Parish of Terrebonne, to transmit to the Supreme Court of Louisiana, on or before the 10th day of October, 1969, the record in duplicate, or a certified copy of the record in duplicate, of the proceedings complained of by the relator herein, to the end that the validity of said proceedings may be ascertained.

It is further ordered that the aforesaid Judge of said Court and the respondent through its attorney shall show cause, in this court, on the date aforesaid, at 11 o'clock A.M., why the relief prayed for in the petition of the relator should not be granted.

tiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 219 So.2d 602.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

221 So.2d 516

**STATE of Louisiana, Through the DEPART-
MENT OF HIGHWAYS**

**v.**

**MAMOU DEVELOPMENT COMPANY, Inc.**

**No. 49749.**

April 25, 1969.

221 So.2d 515

**STATE of Louisiana, Through the DEPART-
MENT OF HIGHWAYS**

**v.**

**Elmer Lee HUNT.**

**No. 49755.**

April 25, 1969.

In re: State of Louisiana, through the Department of Highways applying for cer-

In re: State of Louisiana, through the Department of Highways, applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Evangeline. 218 So.2d 342.

Writs refused. On the facts found by the Court of Appeal we find no error of law in the judgment complained of.